# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 17-60190

CHARLESTON HUDSON,

Plaintiff - Appellant

v.

STATE OF MISSISSIPPI; ROBERT W. ELLIOTT; KELLY LUTHER; STEVE GARRISON,

Defendants - Appellees

United States Court of Appeals
Fifth Circuit

**FILED**
November 8, 2018

Lyle W. Cayce
Clerk

Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. 3:15-CV-151

Before DAVIS, COSTA, and OLDHAM, Circuit Judges.

PER CURIAM:*

The judgment appealed from did not dispose of all of the claims made by the plaintiff in this suit. The judgment that was entered only dismissed the action by the plaintiff against the sole remaining defendant, Mississippi probation and parole officer Steve Garrison, under 42 U.S.C. § 1983. The judgment did not resolve the state law claims included in the plaintiff's amended complaint, which the district court allowed him to file. Because the

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 17-60190

district court's judgment did not dispose of all of the claims in this suit, it does not constitute a final judgment.[1] We therefore have no jurisdiction over this appeal under 28 U.S.C. § 1291. Accordingly, the appeal is DISMISSED.

---

[1] FED. R. CIV. P. 54(b) ("[A]ny order or other decision, however designated, that adjudicates fewer than all the claims or the rights and liabilities of fewer than all the parties does not end the action as to any of the claims or parties. . . ."); *Witherspoon v. White*, 111 F.3d 399, 401-02 (5th Cir. 1997).